IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| RITA WU | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *   Case No. 8:10-cv-01997 (DKC - JKS) |
| | * |
| CHILDREN'S NATIONAL MEDICAL CENTER | * |
| | * |
| | * |
|     Defendant. | * |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and by stipulation of the parties, Plaintiff voluntarily dismisses this action with prejudice.

                  Respectfully submitted,

/s/ Daniel C. Scialpi
Daniel C. Scialpi (Bar No. 997556)
Patrick Malone & Associates, P.C.
1111 – 16th Street N.W.
Suite 400
Washington, DC 20036

*Plaintiffs' Counsel*

/s/ Steven A. Hamilton
Steven A. Hamilton, Esq.
Gleason, Flynn, Emig & Fogleman
11 North Washington Street
Suite 400
Rockville, MD 20850

Stephen L. Altman (*Pro Hac Vice*)
Altman Spence Mitchell and Brown PC
10306 Eaton Pl Ste 200
Fairfax, VA 22030
stephen.altman@altmanspence.com

*Defendant's Counsel*